COIN NOVELTY CO. v. LINDENBORN.

(Supreme Court, Appellate Division, First Department. November 8, 1907.)

DISCOVERY—EXAMINATION BEFORE TRIAL—PRODUCTION OF BOOKS AND PAPERS.
An order for the examination of an individual defendant before trial cannot properly require him to produce books and papers for inspection.
[Ed. Note.—For cases in point, see Cent. Dig. vol. 16, Discovery, § 89.]

Appeal from Special Term.

Action by the Coin Novelty Company against Solomon Lindenborn. From an order denying a motion to vacate an order for the examination of defendant before trial, and for the production of certain books and papers for inspection, defendant appeals. Modified and affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, CLARKE, SCOTT, and LAMBERT, JJ.

Maxwell Davidson, for appellant.
Nathaniel A. Elsberg, for respondent.

PER CURIAM. The order appealed from must be so modified as to strike out of the order for defendant's examination so much as directs him to produce for inspection certain books and papers. Gee v. Pendas, 87 App. Div. 157, 84 N. Y. Supp. 32; Matter of Sands, 98 App. Div. 148, 90 N. Y. Supp. 749.

As so modified, the order will be affirmed, without costs.